IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30804
Conference Calendar

_____


JAMES W. CAMPER,

                                        Plaintiff-Appellant,


versus

DISTRICT ATTORNEY for Orleans Parish;
JAMES F. MCKAY, Criminal District Court
Section "H",

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-1644-E
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     James W. Camper appeals the district court's dismissal of

his "mixed" habeas corpus/civil rights complaint.  The district

court determined that Camper's habeas corpus claims had not been

exhausted in state court and that Camper's civil rights claims

were malicious because they were raised in a previous lawsuit.

     We have reviewed Camper's brief and other filings and the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

record and find that the appeal is without arguable merit and is thus frivolous.  Accordingly, the appeal is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

We caution Camper that any additional frivolous or malicious appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Camper is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous or malicious.

DISMISSED.  SANCTION WARNING ISSUED.